UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

DONNA SCHNIRRING,

                                           Plaintiff,

              -against-

CITY OF NEW YORK, and, KAMMAE OWENS, in her
official capacity,

                                          Defendants.
-------------------------------------------------------------------X

**STIPULATION OF VOLUNTARY DISMISSAL**

18 CV 01942 (SJ)(RML)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties as represented below, as follows:

1. Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), all of Plaintiff's claims in the above-referenced action, are hereby dismissed, with prejudice, and that an order to that effect may be entered without further notice.

Dated:      New York, New York
              February 14, 2019

Daniela Nanau
**LAW OFFICE OF DANIELA NANAU, P.C.**
Attorney for Plaintiff
8903 Rutledge Avenue
Glendale, New York 11385
dn@danielananau.com

By: _____
Daniela Nanau

**ZACHARY W. CARTER**
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Room 2-186
New York, New York 10007-2601
(212) 356-2444
dosaint@law.nyc.gov

By: _____
Dominique F. Saint-Fort
Assistant Corporation Counsel