UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

DONNA SCHNIRRING,

                         Plaintiff,

      -against-

CITY OF NEW YORK, and, KAMMAE OWENS, in her
official capacity,

                        Defendants.
----------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 1 2019 ★

BROOKLYN OFFICE

**STIPULATION OF
VOLUNTARY DISMISSAL**

18 CV 01942 (SJ)(RML)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties as represented below, as follows:

1. Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), all of Plaintiff's claims in the above-referenced action, are hereby dismissed, with prejudice, and that an order to that effect may be entered without further notice.

Dated:    New York, New York
             February 14, 2019

Daniela Nanau
**LAW OFFICE OF DANIELA
NANAU, P.C.**
Attorney for Plaintiff
8903 Rutledge Avenue
Glendale, New York 11385
dn@danielananau.com

By: _____
     Daniela Nanau

**ZACHARY W. CARTER**
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Room 2-186
New York, New York 10007-2601
(212) 356-2444
dosaint@law.nyc.gov

By: _____
    Dominique F. Saint-Fort
    Assistant Corporation Counsel

SO ORDERED
on this 27 day of February, 2019

/s/(SJ)
STERLING JOHNSON, JR., SENIOR U.S.D.J.